**Order entered June 17, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00735-CV

### IN RE ROBERT AND CHRISTINE NEAL, Relators

**Original Proceeding from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-55960-2013**

## ORDER

Based on the Court's opinion of this date, we **DENY** relators' petition for writ of mandamus. We **ORDER** relators to bear the costs of this original proceeding.

/s/     DOUGLAS S. LANG
         JUSTICE